UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WIN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 4:11CV1971 TIA |
| vs. | ) |
| | ) |
| HUMAN DEVELOPMENT | ) |
| CORPORATION OF METROPOLITAN | ) |
| ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Comes now Associate City Counselor, Craig K. Higgins, and hereby enters his appearance as counsel for defendant Michael McMillan.

Respectfully submitted,
PATRICIA A. HAGEMAN, CITY COUNSELOR


/s/ Craig K. Higgins #42132MO
Associate City Counselor
Attorney for Defendant City of St. Louis
Room 314, City Hall
St. Louis, MO  63103
(314) 622-3361


CERTIFICATE OF SERVICE

I hereby certify that a copy was served via electronic notice, this 8th day of December, 2011 to all parties and attorneys of record.


/s/ Craig K. Higgins
Associate City Counselor