IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WIN, YOLANDA HOLMES, SUNDY E. WHITESIDE, AND ELEANOR KIM BANKS, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HUMAN DEVELOPMENT CORPORATION OF METROPOLITAN ST. LOUIS, RUTH A. SMITH, CHARLES BARGE, JR., CLAUDE BROWN, JOHN HAIGLER, and MICHAEL MCMILLAN,<br><br>    Defendant. | Case No. 4:11-cv-01971 |

## MOTION TO WITHDRAW AS COUNSEL

Rodney A. Harrison and Robert L. Ortbals, Jr. of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree Deakins") move to withdraw as counsel of record for Defendant Ruth A. Smith and state as follows:

    1.    On December 22, 2011, Smith agreed to terminate her relationship with Ogletree Deakins as her counsel in this action.

    2.    Upon information and belief, Smith has been searching for substitute counsel to represent her in this action but has not yet retained new counsel.

    3.    Contemporaneously herewith, undersigned counsel is filing an unopposed motion for extension of time for Defendants Human Development Corporation of Metropolitan St. Louis, Charles Barge, Jr., and Claude Brown to file their answer in this action. Undersigned

counsel also requests that the Court grant Smith an extension until January 19, 2012 in which to file her answer to Plaintiffs' Complaint so that she can be afforded the opportunity to retain new counsel.

WHEREFORE, Rodney A. Harrison and Robert L. Ortbals, Jr. of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., respectfully request that the Court grant their Motion withdrawing them as counsel of record for Ruth A. Smith, and allowing Ruth A. Smith additional time, up to and including January 19, 2012, to file her answer to Plaintiff's Complaint so that she can retain new counsel.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Robert L. Ortbals, Jr.
Rodney A. Harrison, #44566MO
Robert L. Ortbals, Jr., #56540MO
7700 Bonhomme Avenue, Suite 650
St. Louis, MO  63105
Telephone:  314.802.3935
Facsimile:  314.802.3936
rodney.harrison@ogletreedeakins.com
robert.ortbals@ogletreedeakins.com

Attorneys for Defendants
Human Development Corporation of Metropolitan St. Louis, Charles Barge, Jr., and Claude Brown

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 4, 2012.

KUHLMANN LLC
ANDREW W. KUHLMANN
7646 WATSON ROAD
ST. LOUIS MO  63119

and

RIGGAN LAW FIRM, LLC
RUSSELL C. RIGGAN
2000 SOUTH 8TH STREET
ST. LOUIS, MO  63104

**Attorneys for Plaintiffs**

Craig Higgins
Assistant City Counselor
Room 314, City Hall
1200 Market Street
St. Louis, MO 63103

**Attorney for Defendant Hon. Michael McMillian**

      I further certify that a copy of the foregoing was served on January 4, 2012 via U.S. mail, postage prepaid, to the following:

Ruth A. Smith
11449 Prentice
Florissant, MO 63033

Nelson B. Rich, Esq.
Stone, Rich & Fiore
800 Shell Building
1221 Locust Street, Suite 814
St. Louis, MO 63103-2380

                                  /s/ Robert L. Ortbals, Jr.
                                  Attorneys for Defendants
                                  Human Development Corporation of
                                  Metropolitan St. Louis, Charles Barge, Jr., and
                                  Claude Brown

11541359.1 (OGLETREE)