UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WIN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 4:11CV1971 TIA |
| vs. | ) |
| | ) |
| HUMAN DEVELOPMENT | ) |
| CORPORATION OF METROPOLITAN | ) |
| ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

**THIRD MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

Defendant Michael McMillan, through counsel, respectfully request an extension of time up to and including January 19, 2012, in order to file his answer or otherwise respond to Plaintiffs' complaint.  In support of this motion, Defendant states as follows:

1.  Defendant Michael McMillan's deadline to file his response to Plaintiffs' complaint is January 5, 2012.

2.  Defendant's counsel has been investigating the issues involved in this lawsuit, particularly with regard to indemnity coverage for Defendant McMillan.

3.  Defendant's counsel has consulted with Plaintiffs' counsel regarding this motion.  Plaintiffs' counsel does not oppose an extension of time for Defendant McMillan to file an answer to the complaint.

4.  Furthermore, there are issues concerning a petition for judicial dissolution filed by Defendant Human Development Corporation of Metropolitan St. Louis.  The hearing on that petition is set for January 10, 2012 in the 22nd Judicial Circuit Court.

5. This motion is not made for the purposes of delay or to prejudice any parties.

WHEREFORE, Defendant Michael McMillan respectfully requests that the Court grant his Motion for Extension of Time, up to and including January 19, 2012, to file his answer or to otherwise respond to Plaintiffs' complaint.

Respectfully submitted,

PATRICIA A. HAGEMAN, CITY COUNSELOR


/s/ Craig K. Higgins #42132MO
Associate City Counselor
Attorney for Defendant City of St. Louis
Room 314, City Hall
St. Louis, MO  63103
(314) 622-3361


CERTIFICATE OF SERVICE

I hereby certify that a copy was served via electronic notice, this 5th day of January, 2012 to all parties and attorneys of record.


/s/ Craig K. Higgins
Associate City Counselor